UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                    )        Misc. No. 1:23-mc-0005
                                          )
ASSORTED FIREARMS AND AMMUNITION          )

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States, by counsel, Zachary A. Myers, United States Attorney for the

Southern District of Indiana, and Kelly Rota, Assistant United States Attorney, as authorized by

18 U.S.C. § 983(a)(3)(A), moves the Court, for good cause, to extend the time in which the

United States is required to file a complaint for forfeiture and/or to obtain an indictment alleging

forfeiture, up to and including March 23, 2023, regarding property to which a claim has been

filed in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms

and Explosives ("ATF").  That property Assorted Firearms and Ammunition ("Defendant

Property").

The United States, in support of this motion, states as follows:

1.      On August 22, 2022, the Defendant Property was seized from Alexander Clark

pursuant to a federal search warrant at his residence in Franklin, Indiana, as there was probable

cause to believe that the Defendant was dealing in firearms without a license, in violation of Title

18, United States Code, 922(a)(1)(a). Thus the firearms would be subject to forfeiture pursuant to

18 U.S.C. § 924.

2.      ATF initiated administrative forfeiture proceedings concerning the Defendant

Property.  Written notice of intent to forfeit the Defendant Property as required by 18 U.S.C. §

981(a)(1)(C) and 21 U.S.C. § 881 was sent to interested parties by ATF.

1

3.      On October 24, 2022, ATF received a timely claim to Assorted Firearms and Ammunition from Alexander Clark.  After review, ATF forwarded the matter to the United States Attorney's Office for review.

4.      Title 18, United States Code, Section 983(a)(3)(A)-(C), provides that the Government is to file a complaint for forfeiture and/or obtain an indictment alleging forfeiture not later than 90 days after a claim has been filed except where the district court extends the period of time for good cause shown or upon agreement of the parties.  Failure to timely file requires the United States to release the property.  In this case, the complaint/indictment was originally due November 14, 2022.

5.      As of January 5, 2023, the United States is still gathering information regarding the merits of the case to determine whether it is appropriate to file a complaint in the District Court or take other action.   "The showing of good cause to extend the investigative period is not particularly onerous … it allows the executive to pursue a more extensive investigation of the … allegations if necessary."  *United States ex rel. Stillwell v. Hughes Helicopters, Inc.*, 714 F. Supp. 1084, 1091 (C.D. Cal. 1989) (discussing extension of the seal and investigation period in a case brought under the False Claims Act).

6.      Therefore, for the above good cause, the United States requests an additional 60 days, up to and including March 23, 2023, until a complaint or indictment is filed, or the investigation is concluded.

WHEREFORE, the United States respectfully requests this Court extend the period in which the United States is required to file a complaint against the property and/or to obtain an indictment alleging that the property is subject to forfeiture until March 23, 2023.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:     *s/Kelly Rota*
Kelly Rota
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on January 5, 2023, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Alexander Clark
188 North Lovers Lane
Room # 109
Franklin, Indiana 46131

*s/Kelly Rota*
Kelly Rota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048